IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AKEEM MUHAMMAD,

    Plaintiff,

v.                                          CASE NO. 4:97-cv-00383-MP

STORR, et al.,

    Defendants.

_____/

## O R D E R

This matter is before the Court on doc. 74, Letter from Akeem Muhammad to Florida Department of Corrections. The letter concerns a matter completely unrelated to the claims in the underlying lawsuit and to the issues on appeal. To the extent the letter is intended to initiate a new suit, the letter is stricken because plaintiff's challenge should be filed in state court, the claim is not on the court's form, and if plaintiff wants to bring the claim in federal court it must be filed as an independent action.

Accordingly, it is now **ORDERED** as follows:

1.     The Clerk is directed to strike plaintiff's letter to Florida Department of Corrections, doc. 74, from the record.

**DONE AND ORDERED** this 16th day of December, 2011.

                                      *s/ Gary R. Jones*
                                      GARY R. JONES
                                      United States Magistrate Judge